UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**VALORY LEWIS**,

    **Plaintiff**,

v.                                        Case No. 5:20cv233-TKW-MJF

**MHM HEALTH PROFESSIONALS, LLC**,

    **Defendant**.
_____/

## ORDER

Based on the parties' joint stipulation of voluntary dismissal with prejudice (Doc. 17), it is **ORDERED** that this case is dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii), and the Clerk shall close the case file.

**DONE and ORDERED** this 11th day of February, 2021.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**